UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

    v.

RENO SAYLES, JR.,                         19-CR-186 (JLS)

        Defendant.

_____



## DECISION AND ORDER

Defendant Reno Sayles, Jr. moved for release pending trial, requesting that he be released to house arrest to his mother's home. Dkt. 264. The Government opposes Sayles's release. Dkt. 297. Based on all the facts and circumstances presented by the parties, Defendant's motion for release is denied.

First, after considering the factors listed in 18 U.S.C. § 3142(g) and reviewing the reports provided by the United States Probation Office, the Court concludes that there is no condition or combination of conditions that will reasonably assure the safety of the community or appearance of the defendant. In particular, the Court notes the significant factors weighing against pretrial release, including the serious nature and circumstances of the offenses in the Superseding Indictment, and Sayles's criminal history. Nothing has changed since the initial detention determination—finding that Sayles presented a danger to the community— that warrants release.

Moreover, Sayles has not met his burden to show that release is necessary for the preparation of his defense or any other compelling reason under Section 3142(i). In considering whether there is a "compelling reason" for release under this provision, courts remain mindful of the need to "balance the reasons advanced for such release against the risks that were previously identified and resulted in an order of detention." *See United States v. Gumora*, 454 F. Supp. 3d 280, 287-88 (S.D.N.Y. 2020) (quoting *United States v. Chambers*, No. 20-CR-135 (JMF), 2020 WL 1530746, at *1 (S.D.N.Y. Mar. 31, 2020)). This Court understands that a defendant like Sayles faces certain challenges preparing for trial while incarcerated and while there are COVID-19-related restrictions. Nevertheless, on balance, the Court concludes that release must be denied here.

For the reasons set forth above, Sayles's motion for release (Dkt. 264) is DENIED.

Dated:   December 21, 2021
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE